UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00240 |
| | ) | |
| FAITH READUS, et al | ) | |

## MOTION TO PARTIALLY UNSEAL SEVENTH SUPERSEDING INDICTMENT

The United States of America, by and through the undersigned Assistant United States

Attorney for the Middle District of Tennessee, moves to unseal the Seventh Superseding

Indictment, only to the extent reflected in the attached redacted copy of this indictment.

Defendant Marchbanks was arrested this morning and the indictment can safely be unsealed to

the extent reflected in the redacted indictment.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee


__s/ Sunny A.M. Koshy____10/26/2011__
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

ORDER: Granted. The Seventh Superseding Indictment is unsealed only to the extent reflected
in the attached redacted copy.

_____
Judge E. Clifton Knowles
United States Magistrate Judge

_____10/26/11_____
Date