UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00240 |
| | ) | |
| FAITH READUS, et al | ) | |

## THIRD MOTION TO FURTHER PARTIALLY UNSEAL
## SEVENTH SUPERSEDING INDICTMENT

The United States of America, by and through the undersigned Assistant United States Attorney for the Middle District of Tennessee, moves to unseal the Seventh Superseding Indictment, only to the extent reflected in the attached redacted copy of this indictment. Defendant Chanita Whitlow was arrested this morning and the indictment can safely be unsealed to the extent reflected in the redacted indictment.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

_s/ Sunny A.M. Koshy_____ 11/1/2011_
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

ORDER: Granted. The Seventh Superseding Indictment is unsealed only to the extent reflected in the attached redacted copy.

_____
Judge Juliet E. Griffin
United States Magistrate Judge

November 1, 2011
Date