UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:09-00240 |
| v. | ) | Judge Nixon |
| | ) | |
| FAITH READUS et al. | ) | |

## UNITED STATES' MOTION TO PARTIALLY UNSEAL EIGHTH SUPERSEDING INDICTMENT

Comes now the United States and requests the Eighth Superseding Indictment, which the undersigned received today, be partially unsealed to the extent reflected in the attached redacted indictment. The Eighth Superseding adds defendant 28. That defendant is in custody on other charges, and is aware of the federal charge. No other substantive changes or additions have been made in that indictment. The two defendants who were not arrested on the Seventh Superseding Indictment before the return of the Eighth Superseding Indictment have still not been arrested, and so the other redactions reflected in the attached indictment should remain under seal for the safety of officers and to reduce the risk of flight.

Respectfully submitted,
JERRY E. MARTIN
UNITED STATES ATTORNEY
By: *s/ Sunny A.M. Koshy 12/12/11*
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue, South, Suite A-961
Nashville, Tennessee 37203

SO ORDERED. The Eighth Superseding Indictment is partially unsealed as requested above.

_____
JOHN S. BRYANT, United States Magistrate Judge