UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:09-00240 |
| v. | ) | Judge Nixon |
| | ) | |
| FAITH READUS et al. | ) | |

## UNITED STATES' MOTION TO PARTIALLY UNSEAL EIGHTH SUPERSEDING INDICTMENT, AND TO SET ARRAIGNMENTS

Comes now the United States and requests the Eighth Superseding Indictment be further unsealed to the extent reflected in the attached redacted indictment. Defendant 25, Anthony Johnson, has been produced in this district, is set for his initial appearance, and should be provided a copy of the attached redacted indictment. One defendant remains to be arrested, and his name has been redacted from the attached redacted indictment.

The United States also requests that all unsealed defendants be set for arraignment, other than for defendant McQuiddy who has already been arraigned on the Eighth Superseding Indictment.

Respectfully submitted,
JERRY E. MARTIN
UNITED STATES ATTORNEY
By: *s/ Sunny A.M. Koshy 1/4/12*
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue, South, Suite A-961
Nashville, Tennessee 37203

SO ORDERED. The Eighth Superseding Indictment is partially unsealed as requested above. AUSA Koshy shall provide the redacted indictment to counsel for all parties. All unsealed defendants other than defendant McQuiddy are to be set for arraignment by the Court.

_E. Clifton Knowles_
E. CLIFTON KNOWLES, United States Magistrate Judge

1