UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00240 |
| | ) | |
| FAITH READUS, et al | ) | |

## MOTION TO FULLY UNSEAL EIGHTH SUPERSEDING INDICTMENT

The United States of America, by and through the undersigned Assistant United States Attorney for the Middle District of Tennessee, moves to fully unseal the Eighth Superseding Indictment on the grounds that the final named defendant was arrested this afternoon.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

_s/ Sunny A.M. Koshy_____4/3/2012_
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

ORDER: Granted. The Eighth Superseding Indictment is fully unsealed.

_____      ____4/3/12_____
Judge E. Clifton Knowles                              Date
United States Magistrate Judge