IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-cr-00240-1 |
| | ) | |
| | ) | Judge Nixon |
| CHRISTOPHER CONYERS | ) | |

## ORDER

Pending before the Court is the United States' Motion to Continue Sentencing ("Motion"). (Doc. No. 1235.) The Motion requests that the sentencing hearing currently scheduled for Thursday, August 16, 2012 be continued because the presentence report for Defendant Christopher Conyers is not yet complete. (*Id.*) The Court **GRANTS** the Motion. Sentencing is **CONTINUED** to **September 27, 2012** at **1:30 p.m.**

It is so ORDERED.

Entered this \_\_13\_\_ day of August, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT