UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:09-00240-1 |
| v. | ) | |
| | ) | JUDGE NIXON |
| CHRISTOPHER CONYERS | ) | |

**UNITED STATES' MOTION FOR STATUS CONFERENCE**

Comes now the United States of America, by and through Sunny A.M. Koshy, Assistant United States Attorney, and requests that the Court schedule a status conference to discuss the most recent letter the defendant wrote to the Court regarding his counsel.

Defendant's sentencing hearing is currently scheduled for September 17, 2012, at 1:30 p.m., but the defendant has filed a letter voicing concerns about his representation. Therefore, the United States requests the Court hold a status conference instead of a sentencing at that time. Defense counsel, Paul Bruno, concurs and is available at the requested time.

*Granted.*

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ *Sunny A.M. Koshy*
SUNNY A.M. KOSHY
Assistant United States Attorney
A-961 U.S. Courthouse
110 Ninth Avenue South
Nashville, Tennessee 37203
Telephone: 615-736-5151