IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-21 |
| v. | ) | |
| | ) | Judge Nixon |
| CHRISTOPHER MOODY | ) | |

## ORDER

Pending before the Court is Defendant Christopher Moody's Motion to Join Co-Defendants' Motions ("Motion to Join"). (Doc. No. 1043.) Specifically, Defendant Moody requests to join Defendant Paul McQuiddy's following motions filed on February 18, 2011: Motion for Jury Questionnaire and Memorandum in Support (Doc. Nos. 417-18); Motion for Pretrial Identification of Phone Calls that will be Used in Case-In-Chief and Memorandum in Support (Doc. Nos. 419-20); Motion for Pretrial Disclosure of Government Witnesses and *Jencks* Material and Memorandum in Support (Doc. Nos. 421-22); Motion for Daily Trial Transcript and Memorandum in Support (Doc. Nos. 423-24); and Motion for Equal Access to Exhibits and Memorandum in Support (Doc. Nos. 425-26). (Doc. No. 1043.) Defendant Moody also requests to join Defendant Lachaunti Williams's following motions filed on February 17, 2012: Motion for Co-Conspirator Statements and Memorandum in Support (Doc. Nos. 933-34) and Motion to Require Government to Disclose Identities of Non-Disclosed Alleged Co-Conspirators and Memorandum in Support (Doc. Nos. 937-38). (Doc. No. 1043.) Defendant Moody also requests to join Defendant Thomas Branum's Motion to Reveal Agreements and Unseal Plea Agreement(s) (Doc. No. 971), filed on March 20, 2012. (Doc. No. 1043.) All motions named in Defendant Moody's Motion to Join are currently pending before the Court.

1

The arguments made by Defendants McQuiddy, Williams, and Branum in their motions apply equally to Defendant Moody. (*See* Doc. Nos. 417-26, 933-34, 937-38, 971). Accordingly, the Court **GRANTS** the Motion to Join with respect to motions filed by Defendants McQuiddy, Williams, and Branum (Doc. Nos. 417-26, 933-34, 937-38, 971).

It is so ORDERED.

Entered this the 25th day of September, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT