IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-25 |
| v. | ) | |
| | ) | Judge Nixon |
| ANTHONY JOHNSON | ) | |

## ORDER

Pending before the Court is Defendant Anthony Johnson's Motion for Leave to Join and Adopt Certain Pretrial Motions of Defendant Paul McQuiddy ("Motion to Join"). (Doc. No. 1133.) Specifically, Defendant Johnson requests to join Defendant McQuiddy's following motions filed on February 18, 2011: Motion for Additional Peremptory Challenges and the Right to Exercise Those Challenges Independently After Consultation and Memorandum in Support (Doc. Nos. 415-16); Motion for Jury Questionnaire and Memorandum in Support (Doc. Nos. 417-18); Motion for Pretrial Identification of Phone Calls that will be Used in Case-In-Chief and Memorandum in Support (Doc. Nos. 419-20); Motion for Daily Trial Transcript and Memorandum in Support (Doc. Nos. 423-24); Motion for Equal Access to Exhibits and Memorandum in Support (Doc. Nos. 425-26). (Doc. No. 1133.) Defendant Johnson also requests to join Defendant McQuiddy's Motion for Jury-Out *Enright* Hearing on Admissibility of Alleged Coconspirator Statements and Memorandum in Support (Doc. Nos. 604-05), filed on August 30, 2011. (Doc. No. 1133.) All motions named in Defendant Johnson's Motion to Join are currently pending before the Court.

The arguments made by Defendant McQuiddy in his motions apply equally to Defendant Johnson. (*See* Doc. Nos. 415-20, 423-26, 604-05). Accordingly, the Court **GRANTS** the Motion.

1

It is so ORDERED.

Entered this the 27 day of September, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT