UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-00240 |
| v. | ) | SENIOR JUDGE NIXON |
| | ) | |
| ADAM BATTLE | ) | |

## MOTION TO CONTINUE SENTENCING

COMES NOW the United States of America, by and through Assistant United States Attorney Sunny A.M. Koshy, and moves the Court to continue the defendant's sentencing hearing presently set for October 11, 2012, until the completion of all related trials in United States v. Christopher Conyers, et al., 3:09-CR-240.

*Granted*
*Re-set for Monday, February 25, 2013 at 10:00am*

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

BY: s/ Sunny A.M. Koshy
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
Phone: 615-736-5151