IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-8 |
| v. | ) | |
| | ) | Judge Nixon |
| MONTERIUS POLLARD | ) | |

## ORDER

Pending before the Court is Defendant Monterius Pollard's Second Motion to Join and Adopt Certain Pretrial Motions of Co-defendants ("Motion to Join"). (Doc. No. 1239.) Specifically, Defendant Pollard requests to join Defendant Leonard Baugh's Motion to Unseal Certain Grand Jury Documents (Doc. No. 1203), filed on June 26, 2012, and Motion to Dismiss the Eighth Superseding Indictment (Doc. No. 1236), filed on August 11, 2012. Both motions named in Defendant Pollard's Motion to Join are currently pending before the Court.

The arguments made by Defendant Baugh in his motions apply equally to Defendant Pollard. (*See* Doc. Nos. 1203, 1236). Accordingly, the Court **GRANTS** the Motion to Join with respect to motions filed by Defendant Baugh (Doc. Nos. 1203, 1236).

It is so ORDERED.

Entered this the 11 day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

1