UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3-09-CR-0240-18 |
| v. ) | Magistrate Judge Brown |
| ) | |
| JAMES OLIVER, ) | |
| ) | |
| Defendant ) | |

## **O R D E R**

A telephone conference was held with the attorneys in this matter on October 10, 2012. At the present time the Defendant is in state custody awaiting trial in February 2013 on state charges. The parties are well aware that there is an outstanding arrest warrant in this matter (Docket Entry 719). The Plaintiff has placed a detainer with the state authorities in this matter. If the Defendant is released from state custody he will be turned over to federal authorities.

At the present time it does not appear that there is any advantage to issuing a writ to bring the Defendant into federal custody. Accordingly, this case will remain in its present posture.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge