IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:09-00240-12 |
| v. | ) | |
| | ) | Judge Nixon |
| JERMAINE M. SMITH | ) | |

## ORDER

Pending before the Court is Defendant Jermaine M. Smith's Motion to Allow Access to Laptop Computer ("Motion"), requesting that the Court direct the Montgomery County (Tennessee) Jail to either allow Defendant access to a jail-supplied laptop computer with software necessary to view documents, videos, and photographs, or allow Defendant's counsel, Dwight Scott, to supply Defendant with a laptop computer so he can review discovery in his case. (Doc. No. 1245.) Defendant has since filed a motion to ascertain the status of the Motion, in which he requests a status conference so he may address his concerns directly to the Court. (Doc. No. 1349.) Defendant has also filed several *pro se* motions requesting additional counsel, transfer to a different detention facility and permission to withdraw his guilty plea. (Doc. Nos. 1354-56.)

The Court determines that a status conference on Defendant's motions is warranted. The Court hereby reserves decision on the motions, and **SCHEDULES** a status conference on this matter for **October 19, 2012, at 10 a.m.**

It is so ORDERED.

Entered this the ___17___ day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT