IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No. 3:09-cr-00240-17 |
| v. | ) | |
| | ) | **Judge Nixon** |
| **LEONARD BAUGH** | ) | |

## ORDER

Pending before the Court is Defendant Leonard Baugh's Motion to Strike Docket Entry 2020 ("Motion") (Doc. No. 2111), which pertains to a sealed, ex parte order (Doc. No. 2020) granting a motion filed by Mr. Baugh (Doc. No. 2010). Mr. Baugh states that the purpose for the order is now moot and therefore requests the order be stricken. (*Id.*) The Court **GRANTS** the Motion (Doc. No. 2111) and **DIRECTS** the Clerk to strike its previous order (Doc. No. 2020).

It is so ORDERED.

Entered this the 26th day of March, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT