# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-17 |
| v. ) | |
| ) | Judge Nixon |
| LEONARD BAUGH ) | |

## ORDER

Pending before the Court is Defendant Leonard Baugh's Motion to Unseal Docket Entries 1828–1833 ("Motion"), which pertains to six sealed, ex parte orders granting motions filed by Mr. Baugh. (Doc. No. 2110.) Mr. Baugh states that the purpose for sealing the orders is now moot and that the inmates named within the orders have requested the documents be unsealed. (*Id.*) The Court **GRANTS** the Motion (Doc. No. 2110) and **DIRECTS** the Clerk to unseal the orders (Doc. Nos. 1828–1833).

It is so ORDERED.

Entered this the 26 day of March, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT