UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00240-18 |
| | ) | Judge Nixon |
| JAMES LAMONT OLIVER, JR. | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

James Lamont Oliver, Jr., by and through undersigned counsel, hereby moves this Honorable Court to continue the sentencing hearing in this matter. In support of this motion, undersigned counsel would show the Court the following:

1. The sentencing hearing is currently scheduled for April 11, 2013.

2. Certain matters have arisen since the entry of Mr. Oliver's guilty plea which may have an impact on a determination of his sentence in this case.

3. Undersigned counsel needs additional time to investigate this matter both to assess the legal effect of such events and to consult with Mr. Oliver so that he can make a fully informed decision as to how he wishes to proceed.

4. Undersigned counsel has discussed with AUSA Sunny Koshy the need for a continuance of the sentencing hearing. Mr. Koshy has informed counsel that he does not oppose a continuance.

5. It is requested that the sentencing hearing be continued to May 16, 2013, at 10:00 a.m. if such date and time remains convenient to the Court.

Respectfully submitted,

s/Kathleen G. Morris
Kathleen G. Morris
42 Rutledge Street, 1st Floor
Nashville, TN 37210
615-242-3200
Attorney for James Lamont Oliver, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the Court's electronic filing system and thereby sent via email to AUSA Sunny Koshy, 110 Ninth Avenue South, A-961, Nashville, TN 37203, this 10th day of April, 2013.

s/Kathleen G. Morris
Kathleen G. Morris

Sentencing continued to May 16, 2013 at 10:00 am