IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-20 |
| v. | ) | |
| | ) | Judge Nixon |
| LACHAUNTI WILLIAMS | ) | |

## ORDER

Pending before the Court is Defendant Lachaunti Williams's Objection to United States' Motion to Take Temporary Custody of Trial Exhibits ("Motion"), in which Mr. Williams requests the Court retain custody of the exhibits introduced by the Government in the trial of Defendants Omega Harris and Leonard Baugh. (Doc. No. 2158.) Mr. Williams states that his counsel wants to inspect the exhibits in preparation for his upcoming trial. (*Id.*) The Court has already granted the Government's request to take temporary custody over its exhibits (Doc. No. 2159); therefore Mr. Williams' Motion (Doc. No. 2158) is **DENIED**. The Court **ORDERS** the Government to make any of the aforementioned exhibits that are in its temporary custody, available for inspection upon defense counsel's request.

It is so ORDERED.

Entered this 22nd day of April, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT