IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-10 |
| v. | ) | |
| | ) | Judge Nixon |
| MICHAEL DEVONN DAVIS | ) | |

## ORDER

Pending before the Court is Defendant Michael Devonn Davis's Motion to Amend Judgment ("Motion") (Doc. No. 2171), in which Mr. Davis requests the Court amend its Judgment to include a recommendation that he enter the Residential Drug Abuse Program or another substance abuse program while he is incarcerated. The Court hereby **GRANTS** the Motion and recommends the Bureau of Prisons allow Mr. Davis to participate in a drug treatment program.

It is so ORDERED.

Entered this _10_ day of May, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT