# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-20 |
| v. ) | |
| ) | Judge Nixon |
| LACHAUNTI WILLIAMS ) | |

## ORDER

Pending before the Court is Defendant Lachaunti Williams's Motion for Approval of Paralegal Assistance ("Motion"), in which Mr. Williams requests the Court grant him funds up to $2,400.00 to retain Ms. Jill Herrmann as a paralegal to assist his attorney in preparing for and trying his case. (Doc. No. 2176.) Mr. Williams's CJA appointed attorney, Paul D. Cross, states that, because of the volume of recorded calls he expects the Government to present at trial, on May 28, 2013, the assistance of Ms. Herrmann will greatly aid his ability to provide effective representation. (*Id.*) Ms. Herrmann provided a similar function for Co-Defendants Omega Harris and Leonard Baugh at their trial and is familiar with the call transcripts in this case. (*Id.*)

The Court finds Mr. Cross's request appropriate and therefore **GRANTS** the Motion. The Court **AUTHORIZES** up to $2400.00 in funds for paralegal services, to be used as described above.

It is so ORDERED.

Entered this 10th day of May, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT