IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-20 |
| v. | ) | |
| | ) | Judge Nixon |
| LACHAUNTI WILLIAMS | ) | |

## ORDER

Defendant Lachaunti Williams filed a Notice of Intent to Move to Sever ("Notice"), stating the Government has indicated that it plans to file a Tenth Superseding Indictment in this case prior to his trial, currently scheduled to begin on May 28, 2013. (Doc. No. 2208.) Mr. Williams's counsel, Paul Cross, states that he will not be prepared to try any new or amended charges on the current trial date. (*Id.*) However, he states that he is prepared to try all existing charges and will not request a continuance of trial based on potential constitutional and speedy trial issues surrounding Mr. Williams's more than three-year-long pretrial detention. (*Id.*)

The Government filed a Response affirming its intent to file a superseding indictment to add and amend charges against Mr. Williams. (Doc. No. 2211 at 1.) The Government argues that, because the forthcoming new and amended charges are intertwined with the existing charges, it does not believe Mr. Cross will be ready to defend Mr. Williams effectively on any of the charges against him on the current trial date. (*Id.* at 2–3.) The Government proposes the Court issue a two- to four-week continuance for Mr. Williams's trial. (*Id.*)

The Court **SCHEDULES** a status conference for **THURSDAY, MAY 23, 2013**, at **10:00 a.m.**, to discuss the issues raised by Mr. Williams's Notice and the Government's Response.

It is so ORDERED.

Entered this 22nd day of May, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT