# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-20 |
| v. | ) | |
| | ) | Judge Nixon |
| LACHAUNTI WILLIAMS | ) | |

## ORDER

Pending before the Court is Defendant Lachaunti Williams's Motion for Pre-trial Identification of Telephone Calls to be Used in Evidence ("Motion"), in which Mr. Williams requests the Court order the Government identify telephone calls it intends to introduce against him at trial. (Doc. No. 2184.) The Court previously granted similar motions filed by Defendants Paul McQuiddy and Thomas Branum (Doc. Nos. 419; 420; 970), ordering the Government to provide those defendants notice of the phone calls it intended to use against them. (Doc. No. 1629.) The Court stated in its previous order that,

> [t]his Order **shall not limit** the Government's ability to use phone calls it has not identified by [the specified date], or to decline to use phone calls it has identified by [the specified date], if the changes appear to have been made in good faith and are reasonably related to effective presentation of the Government's case against Defendants.

(*Id.* at 2–3.) The Court finds its reasoning in its previous order applies equally with respect to Mr. Williams.

1

Accordingly, Mr. Williams's Motion (Doc. No. 2184) is **GRANTED** and the Court **INCORPORATES** the limitation included in the paragraph above, as adopted from Doc. No. 1629. On or before **May 28, 2013**, the Government shall provide notice to Mr. Williams of the phone calls it intends to introduce as evidence at trial.

It is so ORDERED.

Entered this 23rd day of May, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT