# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:09-cr-00240-20 |
| v. | ) | |
| | ) | Judge Nixon |
| LACHAUNTI WILLIAMS | ) | |

## ORDER

Pending before the Court is Defendant Lachaunti Williams's Motion for Government to Produce Exhibit and Witness Lists in Anticipated Chronological Order ("Motion"). (Doc. No. 2185.) In his Motion, Mr. Williams adopts the arguments of a similar motion filed by Defendants Leonard Baugh and Paul McQuiddy (Doc. No. 1689) and also argues that counsel anticipates the Government will call up to 100 witnesses and offer potentially hundreds of exhibits into evidence. (Doc. No. 2185 at 1.) The Court previously granted the motion by Defendants Baugh and McQuiddy in that the Court ordered the Government

> to the best of its ability, [to] inform Defendants of which witnesses it intends to call to testify and of which exhibits it intends to introduce, as soon as it determines the information, but no later than one day before calling the witnesses or introducing the exhibits. The duty on the part of the Government is ongoing; as the Government's anticipated witness list evolves over the course of trial, it shall continue to supply Defendants with amended information.

(Doc. No. 1794.) The Court finds its reasoning in its previous order applies equally with respect to Mr. Williams.

Accordingly, Mr. Williams's Motion (Doc. No. 2185) is **GRANTED** and the Court **INCORPORATES** the limitation included in the paragraph above, as adopted from Doc. No. 1794.

It is so ORDERED.

Entered this 23rd day of May, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT