IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-20 |
| v. | ) | |
| | ) | Judge Nixon |
| LACHAUNTI WILLIAMS | ) | |

## ORDER

Pending before the Court are various pretrial motions filed by Defendant Lachaunti Williams. (Doc. Nos. 1534; 1536; 2187; 2188; 2200.) The Court held a hearing on May 24, 2013, at which time the parties stated that they have resolved the issues underlying these motions.

Accordingly, the Court **TERMINATES AS MOOT** the above-listed motions.

It is so ORDERED.

Entered this 28th day of May, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT