UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00240-2 |
| | ) | JUDGE CAMPBELL |
| FAITH READUS | ) | |

ORDER

Pending before the Court is Defendant's Motion for Expedited Status Conference (Docket No. 2243). The Motion is granted on the following terms.

The date requested in the Motion is not available due to an ongoing trial. The status conference scheduled for June 4, 2013, is cancelled. Provided, however, the parties shall file a notice on or before June 4, 2013, whether they intend to go to trial on the Tenth Superseding Indictment on July 2, 2013. Also, the notice should expressly address any speedy trial issues presented by 18 U.S.C. § 3161(c)(2) and otherwise.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE