UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00240 |
| | ) | JUDGE CAMPBELL |
| FAITH READUS | ) | |

## ORDER

Both parties have filed proposed jury instructions. (Docket Nos. 2278, 2279). By Order entered January 24, 2013 (Docket No. 1762), the parties were directed to file proposed jury instructions "with citations to supporting authorities." Neither of the proposed instructions filed by the parties have cited supporting authorities, such as pattern instructions or case law.

On or before June 14, 2013, the parties shall file such supporting authorities for all jury instructions.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE