IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:09-cr-00240-17 |
| v. | ) | |
| | ) | Judge Nixon |
| LEONARD BAUGH | ) | |

## ORDER

Pending before the Court is Defendant Leonard Baugh's Motion to Extend the Deadline for Filing Sentencing Brief ("Motion"), in which Mr. Baugh requests the Court extend the deadline for filing a sentencing brief to June 17, 2013. (Doc. No. 2285.) Mr. Baugh states that due to circumstances beyond his control, counsel did not receive the revised Presentence Investigation Report, upon which he must base his brief, until June 13, 2013. (*Id.* at 1.) Mr. Baugh also states that counsel spoke with the Government, and it does not object to the Court extending the deadline. (*Id.* at 2.)

Accordingly, the Court **GRANTS** the Motion; Mr. Baugh shall file his sentencing brief on or before June 17, 2013.

It is so ORDERED.

Entered this the 14 day of June, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT