UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00240 |
| | ) | JUDGE CAMPBELL |
| FAITH READUS | ) | |

## ORDER

The Court held a hearing in this case on July 2, 2013. At the hearing, the Defendant effectively requested to withdraw her plea of nolo contendere to Counts One and Two of the Tenth Superseding Indictment. The Court weighed the factors set forth in <u>United States v. Bashara</u>, 27 F.3d 1174, 1181 (6th Cir. 1994), and denied the Defendant's request for the reasons stated on the record. The Court also found that the plea offer made by the Government was accurately conveyed to the Defendant by counsel, and therefore, counsel was not ineffective. <u>See Lafler v. Cooper</u>, 132 S.Ct. 1374 (2012). The Court also found that the relationship between the Defendant and her counsel did not require the appointment of new counsel.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE