UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION

**UNITED STATES OF AMERICA**      )
                                  )
**v.**                            )   Criminal Case 3:09-00240-2
                                  )   Magistrate Judge Knowles
**FAITH READUS**                  )

                              **O R D E R**

Pending before the Court is Defendant's Motion to Re-Open Detention Hearing. Docket No. 2333. The Motion is granted, and the Detention Hearing is scheduled for Tuesday, **July 23, 2013, at 10:00 a.m.** before the undersigned.

IT IS SO ORDERED.

                                        _____
                                        E. CLIFTON KNOWLES
                                        United States Magistrate Judge