UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00240-2 |
| | ) | JUDGE CAMPBELL |
| FAITH READUS | ) | |

ORDER

Pending before the Court is Defendant's Motion for Expedited Sentencing Hearing (Docket No. 2350). The Motion is DENIED without prejudice to refiling upon completion of the Presentence Report and the parties filing objections and sentencing memoranda with the Court.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE