IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:09-cr-00240-20 |
| v. | ) | Judge Nixon |
| LACHAUNTI WILLIAMS | ) | |

## ORDER

Pending before the Court is Defendant Lachaunti Williams's Motion to Continue Sentencing ("Motion"), in which he requests the Court continue his sentencing hearing to a date after his upcoming trial, which is set to begin October 15, 2013. (Doc. No. 2373.) Mr. Williams states that scheduling his sentencing for a date after his trial will allow the Court to conduct a consolidated sentencing hearing, should he be convicted of any additional charges. (*Id.* at 1.) The Government filed a Response stating it has no objection to the Motion. (Doc. No. 2374.)

The Court finds Mr. Williams's request reasonable and in line with the Court's interest in conserving judicial resources. Accordingly, the Motion is **GRANTED**. Mr. Williams's sentencing hearing is **CONTINUED** to **November 18, 2013**, at **10:00 a.m.**

It is so ORDERED.

Entered this __18__ day of August, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT