IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-3 |
| v. | ) | |
| | ) | Judge Nixon |
| PAUL MCQUIDDY | ) | |

**ORDER**

Pending before the Court is Defendant Paul McQuiddy's Motion to Recall and Amend Post-Sentence Report ("Motion"), in which he requests that the Court order the United States Probation Department to correct certain errors in Mr. McQuiddy's Supplemental Report to the Bureau of Prisons. (Doc. No. 2157.) Mr. McQuiddy filed the Motion on April 18, 2013; to date, the Government has not filed a response. The Court hereby **ORDERS** the Government to file with the Court a response to each request in Mr. McQuiddy's Motion within fourteen days from the entry of this Order.

It is so ORDERED.

Entered this the 30th day of August, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT