IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-8 |
| v. | ) | Judge Nixon |
| | ) | |
| MONTERIUS POLLARD | ) | |

## ORDER

Pending before the Court is the Government's Motion to Continue Sentencing Hearing ("Motion"). (Doc. No. 2387.) The Motion is **GRANTED** and Defendant Monterius Pollard's sentencing hearing is **CONTINUED** to **November 4, 2013**, at **10:00 a.m.**

It is so ORDERED.

Entered this the 4th day of September, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT