UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 3:09-cr-00240<br>Chief Judge Haynes |
| CHRISTOPHER MOODY, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion to dismiss for speedy trial rights violation (Docket Entry No. 2144) is **DENIED**.

It is so **ORDERED**.

ENTERED this the 6th day of September, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court