IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:09-cr-00240-25 |
| v. | ) |
| | ) Judge Nixon |
| ANTHONY JOHNSON | ) |

## ORDER

Before the Court are two letters filed by Defendant Anthony Johnson, requesting the Court clarify particular issues regarding his sentencing. (Doc. Nos. 2179–2180.) In the letters, Mr. Johnson explains that his understanding of his plea agreement was different than what was contained in his final judgment in this case.

The Court hereby **ORDERS** the Government to respond to the statements in Mr. Johnson's letters within fourteen days from the entry of this Order.

It is so ORDERED.

Entered this the __16__ day of September, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT