IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-16 |
| v. | ) | |
| | ) | Judge Nixon |
| OMEGA HARRIS | ) | |

## ORDER

Pending before the Court is Defendant Omega Harris's Motion to Continue Sentencing Date ("Motion"), in which Mr. Harris requests the Court continue his sentencing to a date in January 2014, so that his counsel can fully investigate issues related to his presentence report. (Doc. No. 2434.) Accordingly, the Motion is **GRANTED**; Mr. Harris's sentencing hearing is **CONTINUED** to **January 24, 2014**, at **10:00 a.m.**

It is so ORDERED.

Entered this the 11 day of October, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT