IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:09-cr-00240-12 |
| | ) | 3:11-cr-00117-1 |
| v. | ) | |
| | ) | Judge Nixon |
| JERMAINE SMITH | ) | |

### ORDER

Pending before the Court is the Government's Motion to Continue Sentencing ("Motion"), filed in Case Number 3:09-cr-00240-12. (Doc. No. 2449.) The Motion is **GRANTED**, however, as Defendant Jermaine Smith is currently set to be sentenced in both of the above-captioned cases on the same date, the Court finds the continuance should apply to both cases. Accordingly, Mr. Smith's sentencing hearing in both of the above-captioned cases is **CONTINUED** to **March 28, 2014** at **10:00 a.m.**

It is so ORDERED.

Entered this the _22nd_ day of October, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT