IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-15 |
| v. | ) | |
| | ) | Judge Nixon |
| ANTONIO LEE | ) | |

## ORDER

Before the Court is a letter filed by Defendant Antonio Lee, in which he requests transcripts from his sentencing hearing, held on February 4, 2013, and a copy of the docket sheet for his case for use in preparing post-conviction claims. (Doc. No. 2452.) Mr. Lee has attached an Application to Proceed Without Prepayment of Fees (Doc. No. 2452-1) and a statement of his inmate account balances over the last six months at Victorville Federal Correctional Complex, where he is currently incarcerated (Doc. No. 2452-2).

The Court hereby **DIRECTS** the Clerk to send Mr. Davis a copy of the docket sheet from this matter. The transcript of Mr. Lee's sentencing hearing, however, has not been filed and thus, cannot be sent to him.

It is so ORDERED.

Entered this the ____ day of October, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT