UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:09-00240 |
| v. ) | |
| ) | CHIEF JUDGE HAYNES |
| CHRISTOPHER MOODY ) | |

**PROPOSED AGREED ORDER FOR RESCHEDULING TRIAL**

This Court, having been duly advised, and having conducted a hearing on the United States' Motion to Re-Schedule the trial in this case, hereby grants that motion, and re-sets ~~trail~~ to November 19, 2013. *See* D/S No. 2457. The Court finds that period until that date to be excludable under the Speedy Trial Act. The end of justice in re-scheduling the trial outweigh the best interests of the public and the defendant as a speedy trial. This trial is the result of a complex investigation, and the only two prosecutors knowledgeable about this investigation and the evidence are unavailable on the scheduled trial date due to their participation in a multi-defendant complex trial involving wiretap evidence that began on August 6, 2013. Therefore, denial of the request would unreasonable deny the United States continuity of counsel. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(I), and (B)(iv).

It is so ordered this 12th day of ~~August~~ November, 2013.

_____
WILLIAM J. HAYNES
UNITED STATES CHIEF DISTRICT JUDGE