IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-20 |
| v. | ) | |
| | ) | Judge Nixon |
| LACHAUNTI WILLIAMS | ) | |

## ORDER

Pending before the Court is Defendant Lachaunti Williams's Motion for Clarification ("Motion"), in which he requests the Court continue his sentencing hearing to a date after his second trial, which is currently set to begin January 28, 2014. (Doc. No. 2463.) The Government filed a Response stating it has no objection to the Motion, and suggesting Mr. Williams's sentencing be scheduled on a date in May or June 2014. (Doc. No. 2464.)

The Motion is hereby **GRANTED**. Mr. Williams's sentencing hearing is **CONTINUED** to **June 12, 2014**, at **10:00 a.m.**

It is so ORDERED.

Entered this ___12th___ day of November, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT