IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-26 |
| v. | ) | |
| | ) | Judge Nixon |
| JAMES CAMPBELL | ) | |

### ORDER

Pending before the Court is the Government's Motion to Continue Sentencing ("Motion"), in which the Government requests the Court continue Defendant James Campbell's sentencing hearing, currently set for November 20, 2013. (Doc. No. 2473.) The Government states that counsel will be unable to participate in Mr. Campbell's sentencing as scheduled because he will be conducting the trial of one of Mr. Campbell's co-defendants on that date. (*Id.*) The Motion is hereby **GRANTED**; Mr. Campbell's sentencing hearing is **CONTINUED** to **January 16, 2013**, at **10:00 a.m.**

It is so ORDERED.

Entered this the 18th day of November, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT