UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:09-00240 |
| v. ) | CHIEF JUDGE HAYNES |
| ) | |
| ) | |
| [21] CHRISTOPHER MOODY ) | |

## AGREED ORDER
## CORRECTING ADDRESS IN ELEVENTH SUPERSEDING INDICTMENT

The parties, along with the defendant, appeared for arraignment on the Eleventh Superseding Indictment on November 18, 2013 before the undersigned. At that hearing, AUSA Koshy advised that the address contained in Counts Five and Twelve had an incorrect numerical address. At the hearing, the parties agreed that the address in those counts would be corrected to reflect "1703 10th Avenue North" instead of "1307 10th Avenue North." The parties stated that they would submit an agreed order to that effect.

Based on the agreement of the parties, Counts Five and Twelve of the Eleventh Superseding Indictment are hereby corrected, substituting "1703" for "1307".

It is so ORDERED.

This 18th day of November, 2013.

_____
JOHN BRYANT
UNITED STATES MAGISTRATE JUDGE

Agreed:

s/ *Sunny A.M. Koshy*  
SUNNY A.M. KOSHY  
Assistant United States Attorney

s/Clayton Whittaker (by permission/SAMK)  
CLAYTON WHITTAKER  
Counsel for Defendant MOODY