UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ORDER:
Motion granted.
Arraignment rescheduled to December 19, 2013, at 1:30 P.M.

John Bryant, USMJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-00240-27 |
| | ) | Hon. John T. Nixon, Sr. USDJ |
| v. | ) | Hon. John S. Bryant, USMJ |
| | ) | |
| BRICE N. MARCHBANKS | ) | |

## MOTION OF THE DEFENDANT BRICE MARCHBANKS TO RESCHEDULE HIS ARRAIGNMENT ON THE ELEVENTH SUPERSEDING INDICTMENT

The Defendant BRICE N. MARCHBANKS, by undersigned counsel, respectfully moves this Honorable Court for a continuance of his arraignment on the eleventh superseding indictment currently scheduled in this case on Friday, November 22, 2013, at 10:00 a.m.

IN SUPPORT of this motion, undersigned counsel states that he is scheduled to appear in a jury trial to be held before the United States District Court for the Eastern District of Tennessee at Greeneville, Tennessee, beginning on Tuesday, November 19, 2013, and that undersigned counsel believes that it is possible that he will be detained in Greeneville, Tennessee, throughout this week.

Furthermore, pursuant to the order of this District Court, this Defendant has been transferred to another location for competency testing, causing undersigned counsel additional difficulty in communicating with his client in this case.

WHEREFORE, premises considered, this Defendant moves for a continuance of the arraignment scheduled in this case.

Respectfully submitted,

s/ Francis L. Lloyd, Jr.