# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-5 |
| v. | ) | |
| | ) | Judge Nixon |
| TOMEKA COLEMAN | ) | |

## ORDER

Pending before the Court is Defendant Tomeka Coleman's Fourth Motion to Continue the Sentencing Hearing. (Doc. No. 2476.) The sentencing hearing is hereby **CONTINUED** to, **February 21, 2014**, at **10:00 a.m.**

It is so ORDERED.

Entered this the _20_ day of November, 2013.


_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT