IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-cr-00240-21 |
| ) | Chief Judge Haynes |
| CHRISTOPHER MOODY, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

In accordance with the verdict of the jury, the Defendant was found **GUILTY** as to counts 5, 6, 7, 8, 9, 10, 11, and 12 of the Eleventh Superseding Indictment. A sentencing hearing will be set by separate order.

It is so **ORDERED**.

ENTERED this the 26th day of November, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court