# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 3:09-cr-00240-22** |
| **v.** | ) | |
| | ) | **Judge Nixon** |
| **BIONCA BUTLER** | ) | |

## ORDER

Pending before the Court is the Government's Motion to Continue Sentencing

("Motion"), in which the Government requests the Court continue the sentencing hearing for

Defendant Bionca Butler, based on her continued cooperation. (Doc. No. 2508.) The

Government's Motion is **GRANTED**. The Court **CONTINUES** Ms. Butler's sentencing

hearing to **March 20, 2014**, at **10:00 a.m.**

It is so ORDERED.

Entered this ___3___ day of December, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT