## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-26 |
| v. | ) | |
| | ) | Judge Nixon |
| JAMES CAMPBELL | ) | |

### ORDER

Pending before the Court is Defendant James Campbell's Motion for an Associate Attorney ("Motion"), in which Mr. Campbell's CJA appointed counsel, Cynthia S. McKenzie, requests the Court grant her funding for an "associate attorney" to assist her in preparing for Mr. Campbell's sentencing hearing. (Doc. No. 2500.) Ms. McKenzie states that Mr. Campbell has previously been found indigent, and that, due to a decrease in staff at her law firm, she requires another attorney to assist with reviewing the records of this case, drafting a sentencing memorandum for Mr. Campbell, and attending court proceedings. (*Id.*)

The Court hereby **DENIES** the Motion. Should Ms. McKenzie be unable to continue to represent Mr. Campbell for his sentencing hearing due to her current workload or otherwise, she is directed to file the appropriate motion with the Court.

It is so ORDERED.

Entered this the __2nd__ day of December, 2013.

_____

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT