IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-3 |
| v. | ) | |
| | ) | Judge Nixon |
| PAUL MCQUIDDY | ) | |

## ORDER

Pending before the Court is Defendant Paul McQuiddy's Motion to Recall and Amend Post-Sentence Report ("Motion"), in which he requests that the Court order the United States Probation Department to correct certain errors in Mr. McQuiddy's Supplemental Report to the Bureau of Prisons ("Report"). (Doc. No. 2157.) The Government filed a Response, agreeing with all amendments sought by Mr. McQuiddy except one. (Doc. No. 2407.) Specifically, the Government opposes deleting paragraph 53 of the Report. (*Id.*)

Accordingly, the Motion (Doc. No. 2157) is **GRANTED** and the Court **DIRECTS** the United States Probation Department to make the following amendments to Mr. McQuiddy's Report:

1. Mr. McQuiddy's social security number shall be changed to read xx1-xx-xxxx.

2. Paragraph 51 shall be amended to read:

> At the time, Bear was under the impression that Butler and Branum were there to purchase drugs; therefore, Bear voluntarily allowed them to enter his residence. Mr. McQuiddy remained in the car. While talking to Bear, Branum pulled out the Glock .40 and demanded drugs and money. Bear attempted to defend himself and his drug proceeds. Bear tore a closet door off the wall and used it as a shield to force Branum out of the residence. Branum then fired multiple shots, which hit Bear at least once in the shoulder. At some point during these events, McQuiddy exited the car and went towards Bear's residence. He then left with Branum

1

and Butler. Mr. McQuiddy has claimed, through counsel, that he only left the car after hearing gunshots.

3. The following sentence shall be added to Paragraph 53: "There is no evidence that Mr. McQuiddy was involved in this firebombing incident either directly or indirectly."

4. Mr. McQuiddy's weight shall be corrected to read 183 pounds.

5. The dispositions for co-defendants Leonard Baugh and Omega Harris shall be amended to reflect that they were tried before a jury.

Further, the Court **DIRECTS** the Probation Department to provide a draft of the amended Report to the parties for review prior to its issuance.

It is so ORDERED.

Entered this the 24th day of January, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT