IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-20 |
| v. ) | |
| ) | Judge Nixon |
| LACHAUNTI WILLIAMS ) | |

## ORDER

Pending before the Court is the Government's Motion to Continue Trial ("Motion"). (Doc. No. 2546.) The Government states that a continuance is necessary because both of the attorneys representing the Government have conflicts on the presently scheduled trial date and that, as Defendant Lachaunti Williams previously requested that the charges in this case be severed, the Government is thus entitled to a continuance on the basis of continuity of counsel under the Speedy Trial Act ("STA"), 18 U.S.C. § 3161(h)(7)(A), (B)(iv). (*Id.*) The Government represents that it has been informed by Mr. Williams's counsel that Mr. Williams objects to the Motion. (*Id.*)

The Court severed the charges against Mr. Williams in this case on May 23, 2013, at which time it scheduled trial on the charges at issue in the Motion for October 15, 2013. (Doc. No. 2228.) On October 2, 2013, the Court continued trial to January 28, 2014, to serve the ends of justice under the STA, based on Mr. Williams filing two motions to dismiss fifteen days prior to trial. (Doc. No. 2433.) On January 22, 2014, the Court again continued trial to serve the ends of justice under the STA to February 18, 2014, based on a scheduling conflict with an in-progress trial. (Doc. No. 2543.)

1

The Court finds the ends of justice are not served by another continuance in this matter given that Mr. Williams has been in pretrial detention for over three years and objects to the Motion. Accordingly, the Motion is **DENIED**.

It is so ORDERED.

Entered this 4th day of February, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT