# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 05, 2018

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re: Case No. 16-6634, *USA v. Lasondra Dowell*
Originating Case No. : 3:09-cr-00240-19

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Amy E. Gigliotti
Case Manager
Direct Dial No. 513-564-7012

cc: Mr. Michael C. Holley
Mr. Ahmed Azzaam Safeeullah

Enclosure

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 16-6634

_____

Filed: September 05, 2018

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

LASONDRA DOWELL

        Defendant - Appellant

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 07/30/2018 the mandate for this case hereby issues today.

COSTS:  None